UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC GREENBERG,

                Plaintiff,

-against-

HUDSON BAY MASTER FUND LTD., et al,

                Defendant.

14 cv 5226 (DLC)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Mark S. Hamill__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Eric Greenberg__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Illinois and New York__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 7/30/2014

                                          Respectfully Submitted,

                                          */s/ Mark S. Hamill*

                                          Applicant Signature

Applicant's Name: __Mark S. Hamill__

Firm Name: __Abraham, Fruchter & Twersky, LLP__

Address: __One Penn Plaza, Suite 2805__

City / State / Zip: __New York, NY 10119__

Telephone / Fax: __(212) 279-5050 / (212) 279-3655__

E-Mail: __mhamill@aftlaw.com__

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Mark Stanley Hamill

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 8, 2001 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, July 22, 2014.

*Carolyn Taft Grosboll*
Clerk

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MARK S. HAMILL

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 13, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 29, 2014

_Clerk of the Court_

8513