UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC GREENBERG,
                    Plaintiff,

           -against-

HUDSON BAY MASTER FUND LTD., et al,
                    Defendant.

14 cv 5226 (DLC)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Mark S. Hamill, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Illinois and New York; and that his/her contact information is as follows (please print):

Applicant's Name: Mark S. Hamill

Firm Name: Abraham, Fruchter & Twersky, LLP

Address: One Penn Plaza, Suite 2805

City / State / Zip: New York, NY 10119

Telephone / Fax: (212) 279-5050 / (212) 279-3655

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Eric Greenberg in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____
                                          United States District / Magistrate Judge