IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

ERIC GREENBERG,

Plaintiff,

- against -

HUDSON BAY MASTER FUND LTD.,
IROQUOIS MASTER FUND LTD.,
AMERICAN CAPITAL MANAGEMENT LLC,
GRQ CONSULTANTS, INC. 401K, BARRY HONIG,
RICHARD MOLINSKY, and WPCS
INTERNATIONAL INCORPORATED,

Defendants.

-------------------------------------------------------------x

Civil Action No. 14cv5226 DLC

ECF Case

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to the above captioned action hereby stipulate to the dismissal of Defendants GRQ Consultants, Inc. 401K, Barry Honig, and Richard Molinsky from this Action with prejudice.

Dated: September 22, 2014

| Eric Greenberg, | GRQ Consultants Inc. 401K, |
| --- | --- |
| By his attorneys, | Barry Honig, |
| | By their attorneys, |
| /s/ Jack G. Fruchter | /s/ Robert D. Weber |
| Jack G. Fruchter | Robert D. Weber |
| Abraham, Fruchter & Twersky, LLP | DLA Piper LLP (US) |
| One Penn Plaza, Suite 2805 | 2000 Avenue of the Stars |
| New York, New York 10119 | Suite 400 North Tower |
| Tel: 212.279.5050 | Los Angeles, California 90067-4704 |
| Fax: 212.279.3655 | Tel: 310.595.3146 |
| | Fax: 310.595.3446 |

| | |
|---|---|
| Richard Molinsky,<br>By his attorneys,<br><br>_____<br>Kieran M. Corcoran<br>Lackey Hershman, L.L.P.<br>1325 Avenue of the Americas, 27th Floor<br>New York, New York<br>Tel: 212.763.8491<br>Fax: 212.763.8304 | WPCS, Inc.<br>By its attorneys,<br><br>_____<br>Michael Bachner<br>Bachner and Associates, P.C.<br>39 Broadway, Suite 1610<br>New York, NY 10006<br>Tel 212-344-7778<br>Fax 212-344-7774 |