IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ERIC GREENBERG,

Plaintiff,

- against -

HUDSON BAY MASTER FUND LTD.,
IROQUOIS MASTER FUND LTD.,
AMERICAN CAPITAL MANAGEMENT LLC,
GRQ CONSULTANTS, INC. 401K, BARRY HONIG,
RICHARD MOLINSKY, and WPCS
INTERNATIONAL INCORPORATED,

Defendants.

---------------------------------------------------------------x

Civil Action No. 14cv5226 DLC

ECF Case

...UMENT
...CTRONICALLY
9/23/2014

STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to the above captioned action hereby stipulate to the dismissal of Defendants GRQ Consultants, Inc. 401K, Barry Honig, and Richard Molinsky from this Action with prejudice.

Dated: September 22, 2014

| Eric Greenberg, | GRQ Consultants Inc. 401K, |
| | Barry Honig, |
| By his attorneys, | |
| | By their attorneys, |
| /s/ Jack G. Fruchter | /s/ Robert D. Weber |
| Jack G. Fruchter | Robert D. Weber |
| Abraham, Fruchter & Twersky, LLP | DLA Piper LLP (US) |
| One Penn Plaza, Suite 2805 | 2000 Avenue of the Stars |
| New York, New York 10119 | Suite 400 North Tower |
| Tel: 212.279.5050 | Los Angeles, California 90067-4704 |
| Fax: 212.279.3655 | Tel: 310.595.3146 |
| | Fax: 310.595.3446 |

So ordered.

/s/ Denise Cote
9/23/14

Richard Molinsky,
By his attorneys,

_____
Kieran M. Corcoran
Lackey Hershman, L.L.P.
1325 Avenue of the Americas, 27th Floor
New York, New York
Tel: 212.763.8491
Fax: 212.763.8304

WPCS, Inc.
By its attorneys,

_____
Michael Bachner
Bachner and Associates, P.C.
39 Broadway, Suite 1610
New York, NY 10006
Tel 212-344-7778
Fax 212-344-7774