UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

Eric Greenberg,

                Plaintiff,

          -vs-

Hudson Bay Master Fund Ltd., Iroquois Master
Fund Ltd., American Capital Management LLC,
GRQ Consultants, Inc. 401K, Barry Honig,
Richard Molinsky, and WPCS International
Incorporated,

                Defendants.

-------------------------------------------------------------x

Case No.: 14 Civ. 5226 (DLC)

ECF Case

**NOTICE OF MOTION
TO DISMISS**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the

Declaration of Michael E. Swartz, dated September 24, 2014, Defendant Hudson Bay Master

Fund Ltd. hereby moves this Court, before the Honorable Denise L. Cote, in Courtroom 15B at

the United States Courthouse, 500 Pearl St., New York, New York 10007, on a date and at a time

to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6)

dismissing with prejudice the Complaint to the extent it is asserted against Hudson Bay Master

Fund Ltd. on the basis that Plaintiff has failed to state a claim upon which relief may be granted,

and granting any such relief as this Court deems just and proper.

Dated: New York, New York     SCHULTE ROTH & ZABEL LLP
   September 24, 2014

          By:  s/ Michael E. Swartz
              Michael E. Swartz
              Randall T. Adams

              919 Third Avenue
              New York, NY  10022
              Telephone: 212.756.2000
              Facsimile: 212.593.5955
              E-mail: Michael.Swartz@srz.com
                 Randall.Adams@srz.com

              *Attorneys for Defendant Hudson Bay Master*
              *Fund Ltd.*