## Schulte Roth&Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Michael E. Swartz
212.756.2471

Writer's E-mail Address
Michael.Swartz@srz.com

September 24, 2014

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Greenberg v. Hudson Bay Master Fund Ltd., et al, 14-cv-5226 (DLC)</u>

Dear Judge Cote:

On behalf Hudson Bay Master Fund Ltd., defendant in the above-captioned matter, we hereby request that Your Honor hear oral argument on Hudson Bay Master Fund Ltd.'s motion to dismiss, filed contemporaneously with this letter.

Respectfully Submitted,

Michael E. Swartz

cc: (via ECF)

Jack G. Fruchter, Esq.
Mitchell M. Z. Twersky, Esq.
Mark Hamill, Esq.
Thomas J. Fleming, Esq.
Renee M. Zaytsev, Esq.