Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GREENBERG | Case No. 14-cv-5226 (DLC) |
| Plaintiff, | ECF Case |
| -against- | |
| HUDSON BAY MASTER FUND LTD., IROQUOIS MASTER FUND LTD., AMERICAN CAPITAL MANAGEMENT LLC, and WPCS INTERNATIONAL INCORPORATED, |  |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that:

1.   Defendants shall answer or otherwise respond to the Amended Complaint on or before November 10, 2014;

2.   Plaintiff shall file his opposition to any motion to dismiss by Defendants on or before December 5, 2014;

3.   Defendants shall file their replies in further support of any motion to dismiss on or before December 19, 2014.

4.   This Stipulation may be executed in counterparts, with facsimile signatures treated as originals.

So ordered-

*[signature]*
10/27/14

Dated: New York, New York
      October 23, 2014

ABRAHAM, FRUCHTER & TWERSKY, LLP

By: _____
      Jack G. Fruchter
      Mitchell M.Z. Twersky
      Jeffrey S. Abraham
      Mark S. Hamill
      One Pennsylvania Plaza, Suite 2805
      New York, New York 10119
      (212) 279-5050

      *Attorneys for Plaintiff*

SCHULTE ROTH & ZABEL LLP

By: _____
      Michael E. Swartz
      Randall T. Adams
      919 Third Avenue
      New York, New York 10022
      (212) 756-2000

      *Attorneys for Defendant*
      *Hudson Bay Master Fund Ltd.*

OLSHAN FROME WOLOSKY LLP

By: _____
      Thomas J. Fleming
      Renee M. Zaytsev
      Park Avenue Tower
      65 East 55th Street
      New York, New York 10022
      (212) 451-2300

      *Attorneys for Defendants*
      *Iroquois Master Fund, Ltd. and American*
      *Capital Management, LLC*

## SO ORDERED:

_____
## U.S.D.J.

2845673-1