```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ERIC GREENBERG,                         :
                                        :
                    Plaintiff,          :    14cv5226 (DLC)
                                        :
          -v-                           :    ORDER
                                        :
Hudson Bay Master Fund Ltd., Iroquois   :
Master Fund Ltd., American Capital      :
Management LLC, GRQ Consultants, Inc.   :
401K, Barry Honig, Richard Molinsky,    :
and WPCS International Incorporated,,   :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 15, 2014, the plaintiff filed an amended complaint. On October 27, the time to answer the amended complaint was extended to November 10. Defendant Hudson Bay Master Fund Ltd. filed a motion to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) on November 10. Defendants Iroquois Master Fund Ltd. and American Capital Management LLC separately filed a motion to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) on the same day. Accordingly, it is hereby

ORDERED that plaintiff shall serve any opposition to the motions to dismiss by **December 5**. Defendants' replies, if any, shall be served by **December 12**. At the time any reply is served, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          November 12, 2014

                                    _____
                                         DENISE COTE
                                    United States District Judge