IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ERIC GREENBERG,

                Plaintiff,

- against -

HUDSON BAY MASTER FUND LTD.,
IROQUOIS MASTER FUND LTD.,
AMERICAN CAPITAL MANAGEMENT LLC,
and WPCS INTERNATIONAL INCORPORATED,

                Defendants.

------------------------------------------------------------------------x

Civil Action No. 14cv5226 DLC

ECF Case

**STIPULATION EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT**
(First Request)

**WHEREAS,** Defendants Hudson Bay Master, LTD., Iroquois Master Fund LTD., and American Capital Management LLC (collectively "Defendants," and any one individually "Defendant") in the above-captioned action filed motions to dismiss the Amended Complaint which is pending before the Court;

**WHEREAS,** Nominal Defendant WPCS International Incorporated ("WPCS") has not joined either Plaintiff or Defendants in their briefing of this motion;

**WHEREAS,** WPCS is presently required to respond to the Amended Complaint on or before December 19, 2014; and

**WHEREAS,** WPCS wishes to extend its time to answer the Amended Complaint until the first date that any Defendant is required to do the same.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties hereto, that:

1.     Nominal Defendant WPCS International Incorporated shall answer the Amended Complaint on the first day that any Defendant is required to do the same.

2.      This Stipulation may be executed in counterparts with facsimile or e-mail signatures treated as originals.

Dated: New York, New York
       December 18, 2014

Abraham, Fruchter & Twersky, LLP

By: ___/s/ Jack Fruchter___
    Jack G. Fruchter
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: 212.279.5050
Fax: 212.279.3655

*Attorneys for Plaintiff Eric Greenberg*

SICHENZIA ROSS FRIEDMAN FERENCE LLP

By: ___/s/___
    Matthew P. Canini, Esq. (MC3451)
61 Broadway, 32nd Floor
New York, New York 10006
(212) 930-9700

*Attorneys for Nominal Defendant WPCS International Incorporated*