Case 1:14-cv-05226-DLC    Document 47    Filed 01/29/15    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ERIC GREENBERG,

Plaintiff,                                                      Civil Action No. 14cv5226 DLC

- against -                                                    ECF Case

HUDSON BAY MASTER FUND LTD.,
IROQUOIS MASTER FUND LTD.,
AMERICAN CAPITAL MANAGEMENT LLC,
GRQ CONSULTANTS, INC. 401K, BARRY HONIG,
RICHARD MOLINSKY, and WPCS
INTERNATIONAL INCORPORATED,

Defendants.

-------------------------------------------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), the Plaintiff, Defendant Hudson Bay Master Fund Ltd. and

nominal Defendant WPCS International Inc. hereby stipulate to the dismissal of Defendant Hudson

Bay Master Fund Ltd. from this Action with prejudice.  Defendant Hudson Bay Master Fund Ltd.

has neither served an answer nor a motion for summary judgment.

| Eric Greenberg, | Hudson Bay Master Fund Ltd., |
|---|---|
| By his attorneys, | By their attorneys, |
| *(signature)* | *(signature)* |
| Jack G. Fruchter | Michael E. Swartz |
| Abraham, Fruchter & Twersky, LLP | Schulte Roth & Zabel LLP |
| One Penn Plaza, Suite 2805 | 919 Third Avenue, New York, NY 10022 |
| New York, New York 10119 | Tel: 212.756.2000 |
| Tel: 212.279.5050 | Fax: 212.593.5955 |
| Fax: 212.279.3655 | |

Granted.

*(signature)*
1/30/15

WPCS, Inc.

By its attorneys,

David S. Versfelt
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212.536.3900
Fax: 212.536.3901