IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ERIC GREENBERG,

                   Plaintiff,

   - against -                             Civil Action No. 14-cv-05226 (DLC)

                                                 ECF Case

HUDSON BAY MASTER FUND LTD.,
IROQUOIS MASTER FUND LTD.,
AMERICAN CAPITAL MANAGEMENT LLC,
and WPCS INTERNATIONAL INCORPORATED,

                   Defendants.
---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take note that Mark S. Hamill is no longer associated with Abraham, Fruchter & Twersky, LLP and should be removed from the court's service list with respect to the above-captioned action. Abraham, Fruchter & Twersky, LLP files this Notice of Withdrawal of Counsel on behalf of Plaintiff Eric Greenberg. Abraham, Fruchter & Twersky, LLP continues to serve as counsel for Plaintiff Eric Greenberg.

DATED this 21st day of May, 2015.

Approved.
[signature]
5/22/15

**MEMO ENDORSED**

ABRAHAM, FRUCHTER & TWERSKY, LLP

By: [signature]
Jack G. Fruchter (JF-8435)
Mitchell M.Z. Twersky (MT-6739)
One Pennsylvania Plaza, Suite 2805
New York, New York 10119
Tel.: (212) 279-5050
Fax: (212) 279-3655

Attorneys for Plaintiff