UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                  │
│ DATE FILED: 7/24/15                  │
└─────────────────────────────────────┘
```

ERIC GREENBERG

                                  Plaintiff,

-against-

HUDSON BAY MASTER FUND LTD.,
IROQUOIS MASTER FUND LTD.,
AMERICAN CAPITAL MANAGEMENT LLC,
GRQ CONSULTANTS, INC. 401K, RICHARD
MOLINSKY, BARRY HONIG and WPCS
INTERNATIONAL INCORPORATED,

                               Defendants.

Case No. 1:14-cv-5226-DLC-HBP

ORDER APPROVING ISSUANCE
PURSUANT TO SECTION 3(A)(10) OF
THE SECURITIES ACT OF 1933

Upon the application of defendants WPCS International Incorporated ("WPCS"), Iroquois Master Fund Ltd. ("Iroquois"), American Capital Management Ltd. ("ACM") for the approval of the issuance of certain shares of WPCS common stock as exempt from registration with the United States Securities and Exchange Commission and without restrictive legends, pursuant to Section 3(a)(10) of the Securities Act of 1933, 15 U.S.C. § 77c(a)(10), as described herein, and as directed in the Stipulation and Agreement of Compromise, Settlement and Release entered into as of June 30, 2015 ("Settlement Stipulation") between Plaintiff Eric Greenberg and Defendants WPCS, Iroquois, and ACM resolving this action; and

The Court, upon the consent of all remaining parties, pursuant to 28 U.S.C. § 636(c), having considered the terms and conditions of the issuance of such shares of WPCS common stock, as directed by the Settlement Stipulation: (i) pursuant to the newly issued WPCS Series H Convertible Preferred Stock; and (ii) as dividends on WPCS Series F-1 and G-1 Preferred Stock; and after due deliberation and sufficient cause appearing therefor, it is hereby

**FOUND, DETERMINED, AND ORDERED THAT:**

1.      The issuance of shares of WPCS common stock, as directed by the Settlement Stipulation: (i) pursuant to the newly issued WPCS Series H Convertible Preferred Stock; and (ii) as dividends on WPCS Series F-1 and G-1 Preferred Stock is hereby approved as fair within the meaning of to Section 3(a)(10) of the Securities Act of 1933, 15 U.S.C. § 77c(a)(10), and the issuance of such shares of common stock is therefore unrestricted and exempt from registration with the United States Securities and Exchange Commission.

2.      This Court shall retain jurisdiction, pursuant to 28 U.S.C. § 636(c), to resolve any issues relating to this Order.

Dated: New York, New York
        July 24, 2015

_____
Honorable Henry B. Pitman
United States Magistrate Judge